**Order entered November 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00548-CV

## IN THE INTEREST OF J.P.M., V.M. AND A.M., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-22610**

## ORDER

Before the Court is appellant's November 7, 2018 motion for an extension of forty-five days to file a brief. We **GRANT** the motion **to the extent** that appellant shall file a brief by **December 10, 2018**.

/s/ ADA BROWN
JUSTICE